**FILED**

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0231



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0231

IN RE THE MARRIAGE OF:

MEGHAN FENOGLIO,

      Petitioner and Appellee,

  and

WILLIAM FENOGLIO,

      Respondent and Appellant.

<u>SECOND</u>
ORDER OF MEDIATOR APPOINTMENT

On May 14, 2020 Nels Swandal was appointed Mediator in this matter. He has since declined appointment due to a conflict of interest. His appointment is rescinded.

IT IS ORDERED THAT **Daniel B. Bidegaray,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this May 15, 2020.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    William Fenoglio, Jami L. Rebsom, William Nels Swandal, Daniel B. Bidegaray